FILED
2022 Apr-21  PM 06:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEANETTA JONES, | ] |
| Plaintiff, | ] |
| v. | ] Case No.: 2:22-cv-00472-NAD |
| THE TOWN OF BROOKSIDE, ALABAMA, *et al.*, | ] |
| Defendants. | ] |

### ANSWER OF TOWN OF BROOKSIDE

COMES NOW the Defendant, the Town of Brookside and Answers the Plaintiff's Complaint as follows:

### FIRST DEFENSE

Defendant denies each and every material averment found in the Plaintiff's Complaint not previously admitted herein above and demands strict proof thereof.

### SECOND DEFENSE

Defendant pleads the existence of probable cause.

### THIRD DEFENSE

The Complaint fails to state a claim against Defendant for the tort of conversion.

## FOURTH DEFENSE

The Complaint fails to state a claim for relief pursuant to 42 U.S.C § 1983.

## FIFTH DEFENSE

The Complaint fails to state a claim upon which relief can be granted for a violation of the Fourth or Fourteenth Amendments to the U.S. Constitution.

## SIXTH DEFENSE

The Defendant pleads that this Court is without subject matter jurisdiction.

## SEVENTH DEFENSE

The Defendant pleads all available doctrines of immunity and privilege, including, but not necessarily limited to, local governmental immunity, municipal immunity and substantive immunity.

## EIGHTH DEFENSE

The Defendant pleads that each and every action taken by its agents or employees was taken with the good faith belief that it was legal and lawful at the time so taken.

## NINTH DEFENSE

Defendant contests the form and sufficiency of process, and of service of process.

## TENTH DEFENSE

The Plaintiff is not entitled to compensatory damages.

## ELEVENTH DEFENSE

The Plaintiff is not entitled to attorneys' fees, costs or expenses.

## TWELFTH DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## THIRTEENTH DEFENSE

The Complaint fails to properly identify a constitutional right allegedly infringed by the Defendant's actions or omissions.

## FOURTEENTH DEFENSE

The Defendant pleads all applicable statutes of limitations as well as the doctrine of laches.

## FIFTEENTH DEFENSE

None of the factual allegations contained in the Complaint, if proven, would establish a violation of the Plaintiff's constitutional rights.

## SIXTEENTH DEFENSE

The Defendant pleads the general issue.

## SEVENTEENTH DEFENSE

The Defendant pleads res judicata and/or collateral estoppel.

## EIGHTEENTH DEFENSE

The Plaintiff has failed to exhaust all available administrative remedies.

## NINETEENTH DEFENSE

The Plaintiff has failed to mitigate her damages.

## TWENTIETH DEFENSE

The Complaint fails to identify a policy or custom of the Defendant Town of Brookside capable of plausibly alleging a claim for municipal liability.

## TWENTY FIRST DEFENSE

Plaintiff's claims are barred by the applicable doctrines of waiver, acquiescence, release, and accord and satisfaction.

## TWENTY SECOND DEFENSE

Defendant states that Plaintiff's own conduct proximately caused any and all damages sought in the Complaint.

## TWENTY THIRD DEFENSE

Defendant pleads the Complaint fails to name necessary and indispensable parties to the suit.

## TWENTY FOURTH DEFENSE

Defendant pleads contributory negligence and assumption of the risk.

## TWENTY FIFTH DEFENSE

Defendant pleads that the Plaintiff is not entitled to an award of punitive damages and that any award of punitive damages would deprive them of due process under the law.

## TWENTY SIXTH DEFENSE

Defendant pleads the doctrine of superseding, intervening causation.

## TWENTY SEVENTH DEFENSE

The Complaint fails to state a claim against Defendant upon which relief can be granted for the torts of false arrest and imprisonment.

/s/ R. Warren Kinney
James W. Porter, II
Richard Warren Kinney, III
*Attorneys for Town of Brookside*

OF COUNSEL:

**PORTER, PORTER & HASSINGER, P.C.**
880 Montclair Road, Suite 175
Birmingham, Alabama 35213
jwporterii@pphlaw.net
wkinney@pphlaw.net

## *CERTIFICATE OF SERVICE*

I certify that on the 21st day of April 2022, a copy of the above and foregoing has been *electronically filed* with the Court using the ECF system.

Roger C. Appell, Esq.
301-19th Street North
Birmingham, AL  35203
rogercappell@aol.com

/s/ R. Warren Kinney
OF COUNSEL